**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF OCTOBER 13, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
----------------------------------------------------------------
WD78192     DeAnthony Thomas, et al., Individually, and as Representatives of the U.S. Bank
            Direct Loans Settlement Class vs. U.S. Bank National Association ND, et al
WD78193     Jack L Beaver and Hilda M. Beaver, et al.,  Individually, and as Representatives of
            all others Similarly Situated vs. U.S. Bank National Association and Wilmington Trust
            Company,  et al



**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
----------------------------------------------------------------
NONE